ROGER L. GRANDGENETT, II, ESQ., Bar # 6323
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169
Telephone: 702-862-8800
Fax: 702-862-8811
Email: rgrandgenett@littler.com

KARYN M. TAYLOR, ESQ., Bar # 6142
NV ENERGY
6100 Neil Road
Reno, NV 89511
Telephone: 775-834-5781
Fax: 775-834-3357
Email: ktaylor@nvenergy.com

Attorneys for Defendant NV ENERGY, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRED ROSENFELD, individually,<br><br>Plaintiff,<br><br>vs.<br><br>NV ENERGY, INC., a Nevada corporation; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00769-GMN-GWF<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

The parties, by and through their attorneys of record, hereby stipulate and agree that the time for Defendant to file a response to Plaintiff's Complaint shall be extended two (2) weeks, up to and including **Monday, June 4, 2018**. Plaintiff filed his *Complaint (Jury Trial Demanded)* on April 27, 2018 and served Defendant on April 30, 2018.

///

///

///

///

This extension of time is necessary to accommodate the workload and schedule of Defendant's counsel, is sought in good faith, and is not made for the purposes of delay.

DATED: May 4, 2018 /s/ Karyn M. Taylor
KARYN M. TAYLOR, ESQ.
Attorney for Defendant

DATED: May 4, 2018 /s/ Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED this 7th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

2:18-cv-00769-GMN-GWF

NV ENERGY
6100 Neil Road
Reno, NV 89511
775.834.5781